AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT District of NEW YORK

TERRELL JENKINS,

V.

DANIEL F. MARTUSCELLO III, et.al

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 25 CV 7478

RECEIVED
SDNY PRO SE OFFICE
2025 SEP -9 PM 1:48

TO: (Name and address of Defendant)

DANIEL F. MARTUSCELLO III, et.al
Commissioner of Department of corrections
The Harriman State campus
1220 Washington Avenue,
Albany, New York 12226-2050

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Clerk of Court

Date

Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action