UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL JENKINS,

                    Plaintiff,

          -against-

ANTHONY ANNUCCI, et al.,

                  Defendants.

25-CV-7478 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On November 24, 2025, the Court directed Plaintiff to file an amended complaint naming any newly identified defendants he wishes to add to the lawsuit by December 19, 2025. *See* ECF No. 13. No such amended complaint has been filed. Accordingly, the Court *sua sponte* extends Plaintiff's deadline to file his amended complaint to January 30, 2026.

Additionally, the United States Marshals Service continues to work toward effecting service in this case, but the summons for yet-unserved Defendants have expired. The Clerk of Court is thus directed to issue new summons for Defendants Sergeant Alvarado, R. Franklin, and J. Reyes, and to mail a copy of this Order to Plaintiff.

Dated:  January 2, 2026
          New York, New York

                        SO ORDERED.

                        *Jessica Clarke*

                        JESSICA G. L. CLARKE
                        United States District Judge