UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL JENKINS,

                Plaintiff,

-against-

ANTHONY ANNUCCI, et al.,

                Defendants.

25-CV-7478 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff, who currently is incarcerated at Eastern Correctional Facility, brings this action *pro se*. He asserts claims under 42 U.S.C. § 1983 for deliberate indifference and excessive force in violation of the Eighth Amendment, which arose on October 13, 2022, at Sing Sing Correctional Facility. The Court also received Plaintiff's Amended Complaint on January 5, 2026, and accepts it as timely filed.

Because Plaintiff has been granted permission to proceed *in forma pauperis* (IFP), *see* ECF No. 7, he is entitled to assistance from the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants Albert Helms, Benny Thorpe, and Elaine Velez through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form) for each Defendant.[1] The

---

[1] The Court notes that the Clerk of Court issued renewed summonses to Defendants Sergeant Alverado, R. Franklin, and J. Reyes on January 8, 2026, and service by the U.S. Marshals Service is pending as to those Defendants.

Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all of

the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued,

Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63

(2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for

service).

Plaintiff must notify the Court in writing if his address changes, and the Court may

dismiss the action if Plaintiff fails to do so. The Clerk of Court is directed to mail a copy of this

Order to Plaintiff.

Dated:  February 9, 2026
        White Plains, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge