UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL JENKINS,

     Plaintiff,

  -against-

ANTHONY ANNUCCI, et al.,

     Defendants.

25-CV-7478 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff, who currently is incarcerated at Eastern Correctional Facility, brings this action *pro se*. He asserts claims under 42 U.S.C. § 1983 for deliberate indifference and excessive force in violation of the Eighth Amendment, which arose on October 13, 2022, at Sing Sing Correctional Facility.

Because Plaintiff has been granted permission to proceed *in forma pauperis* (IFP), *see* ECF No. 7, he is entitled to assistance from the Court and the U.S. Marshals Service ("USMS") to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

The USMS has thus far been unable to effect service on Defendants Benny Thorpe, Elaine Velez, and Sergeant Alvarado. The Court understands that Deputy Thorpe now works at Marcy Correctional Facility and Deputy Velez now works at Fishkill Correctional Facility. Accordingly, the Clerk of Court is instructed to issue renewed summonses and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendants Thorpe and Velez. Service may be effected at the addresses below:

Elaine Velez
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508-0307

Benny Thorpe
Marcy Correctional Facility
9000 Old River Road
Marcy, NY 13403-5000

Counsel at the Office of the New York State Attorney General, representing Defendant Annucci, has indicated that they "will follow up with the unserved defendants to determine why service on them, despite attempts, has not been made." ECF No. 27. Counsel shall submit a status letter to the Court within one week of making contact with Sergeant Alvarado and shall provide any information in counsel's possession to facilitate service.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

Dated:  April 7, 2026
　　　　White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge