UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERRELL JENKINS,

                 Plaintiff,

        -against-

ANTHONY ANNUCCI, et al.,

                 Defendants.

25-CV-7478 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff, proceeding pro se, is proceeding *in forma pauperis*, ECF No. 7, and is thus entitled to assistance from the Court and the U.S. Marshals Service ("USMS") to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013). The USMS has thus far been unable to effect service on Defendant Sergeant Alvarado. On April 21, 2026, the Office of the New York State Attorney General ("OAG") informed the Court that Sergeant Alexander Alvarado retired from the New York State Department of Corrections and Community Supervision and thus cannot receive service at Sing Sing Correctional Facility. ECF No. 29. The OAG provided a new address where Sergeant Alvarado may receive service. *Id.* Accordingly, the Clerk of Court is instructed to issue a renewed summons and deliver to the USMS all of the paperwork necessary to effect service upon Defendant Alvarado. Service may be effected at the address below:

      Alexander Alvarado
      New York State Department of Corrections and Community Supervision
      1220 Washington Avenue, Bldg. 2,
      State Campus, Albany New York, 1226-2050.

If the complaint is not served within 90 days after the date summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the

action if Plaintiff fails to do so. The Clerk of Court is directed to mail a copy of this Order to

Plaintiff.

Dated: May 1, 2026
        White Plains, New York

SO ORDERED.

_Jessica Clarke_

JESSICA G. L. CLARKE
United States District Judge