UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL JENKINS,

                              Plaintiff,

                -against-

ANTHONY ANNUCCI, et al,

                              Defendants.

25-CV-7478 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On May 27, 2026, the Court received the attached correspondence from Plaintiff. The

Court hereby dockets Plaintiff's correspondence as an attachment to this Order and notes that it

directed service on Sergeant Alvarado at the relevant address on May 1, 2026. *See* ECF No. 30.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.


Dated: June 1, 2026
       White Plains, New York

                                        SO ORDERED.

                                        JESSICA G. L. CLARKE
                                        United States District Judge