UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL JENKINS,

Plaintiff,

-against-

ANTHONY ANNUCCI, et al.,

Defendants.

25-CV-7478(JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On July 13, 2026, the Court received a letter from Plaintiff Terrell Jenkins indicating that, as of June 23, 2026, he had not received "a summary judgment" from Defendants. ECF No. 45. The issue appears to be that Mr. Jenkins did not receive Defendants' complete motion to dismiss, despite Defendants' counsel's certification that it had been served on him by mail. *See* ECF No. 44. Plaintiff's letter indicated that he received undated legal mail from Defendants on June 22, 2026, that included only "threats of [Plaintiff's] claim being dismissed due to untimeliness" but no "summary judgment" papers. ECF No. 45. The Court surmises that, at a minimum, Plaintiff received Defendants' notice attached to their motion to dismiss about the possibility of conversion to summary judgment. *See* ECF No. 42. Defendants' moving papers, however, are brought as a "motion to dismiss." *See* ECF Nos. 41, 43. In the event that Plaintiff did not receive the Motion to Dismiss briefing, the Clerk of Court shall mail Plaintiff an additional copy of Defendants' Memorandum of Law on the Motion to Dismiss, to accompany this Order.

Defendant's motion to dismiss was filed on June 17, 2026. *See* ECF Nos. 41. Per the Court's Individual Rules and Practices in Civil Pro Se cases, Plaintiff's opposition is currently due on July 17, 2026, and Defendants' reply is due two weeks after any opposition has been docketed. Rule 4(a). Nonetheless, in deference to Plaintiff's pro se status and apparent mail or

service issues, the Court HEREBY EXTENDS Plaintiff's time to oppose the Motion to Dismiss to **August 17, 2026**. Plaintiff is directed to mail his opposition and any future filings in this case to the address below:

Daniel Patrick Moynihan Courthouse
Pro Se Intake Unit, Room 205
500 Pearl Street
New York, NY 10007

The Clerk of Court is directed to mail a copy of this Order and ECF No. 43 to Plaintiff.

Dated: July 20, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge