**DECLARATION OF SERVICE**

Michael J. Keane, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

I am over 18 years of age and not a party to this action. On August 5, 2026, I caused to be served a copy of Defendants' Reply Memorandum of Law in Further Support of Their Motion To Dismiss upon:

Terrell Jenkins, *pro se*
Eastern Correctional Facility
P.O. Box 338
Naponach, NY 12458-0338

Plaintiff *pro se*, by causing a true and correct copy to be mailed, postage pre-paid, to Plaintiff at the above address, designated by him for service of process, by depositing said mailing at a repository for the United States Postal Service at 90 Church Street, New York, New York 10007.

*s/ Michael J. Keane*
Michael J. Keane

Executed on August 5, 2026